JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Peng GAO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peng GAO, | Case No.: C 05-2738 CRB |
| Plaintiff, | |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; *Eduardo Aguirre*, Director, U.S. Citizenship and Immigration Services; *Condoleezza Rice*, Secretary of State; *Robert S. Mueller*, Director of Federal Bureau of Investigation; *John Daniel Morris*, Consular Section Chief, American Embassy Beijing *Jeanette Chu,* Officer-In-Charge, Department of Homeland Security, Immigration Office at the American Embassy Beijing, | **STIPULATION OF DISMISSAL; ORDER** |
| Defendants. | |

Subject to approval of the Court, the parties hereby stipulates as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiff hereby dismiss this action without prejudice.

2. The parties will bear their own fees and costs.

Dated: September 7, 2005                    Respectfully submitted,

                                            /s/ Justin X. Wang
                                            Justin X. Wang, Esq.
                                            Attorney for Plaintiff

---

**Case No.: C 05 2738 CRB**
PLAINTIFF'S ORIGINAL COMPLAINT                    F:\NANCY\Mandamus\GAO, Peng\STIPULATION OF DISMISSAL.wpd

Dated: September     , 2005

_____
Kevin V. Ryan
United States Attorney

Dated: September 7, 2005

_____/s/_____
Edward A. Olsen
Assistant U.S. Attorney
Counsel for Defendants

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

DATED: September 9, 2005

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: C 05 2738 CRB
PLAINTIFF'S ORIGINAL COMPLAINT

H:\NANCY\Mandamus\GAO, Peng\STIPULATION OF DISMISSAL.wpd